Robert F. and Brenda D. Alexander
███ Chevrolet Street
Ypsilanti, MI 48198
███

17 April, 2020

RE: Curtis L. Williams

To: Honorable David Lawson:

My name is Brenda Alexander. I am one of four sisters of Curtis L. Williams. He has informed me that he will be seeing you regarding his early release from incarnation. We would very much appreciate it if you would grant him early release so he could be home to help us.

I am 80 (August 1939) years young and have a twin named Barbara Jean J. Stewart (August 1939), Elsie E. Frazier-Trivedi (October 1940) and Myra Ruth Frazier (June 1949). If Curtis was released, he would help us out in so many ways. By the way, my husband is 83 years old and had a Kidney Transplant along with other illnesses.

We all have our health problems. I had a Right Hip replacement and Left Kidney removed because of Cancer. Barbara suffers with Arthritis and goes to Michigan Medicine (U of M) once a month for an Infusion because of the pain she suffers. Elsie is healing from Bladder Cancer and Myra has Degenerative Arthritis of the Spine, Slip Disc in her neck and her right hand is inoperable.

Over the years we all have suffered from a medical condition and have gone through a lot. Prior to Curtis leaving this time, he helped Barbara on a continual basis. Curtis mentioned that he might be able to come home under the Sentence Reduction Act and Compassionate Release where he can help his sisters.

We would appreciate it if you would take our request into consideration and release Curtis. We have always had compassion for Curtis even though he has chosen to go the wrong way.

Thanking you in advance, we remain

Appreciatively,

*Brenda D. Alexander*

Brenda Alexander (and sisters)